**EXHIBIT "A"**

SUM-100

# SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COLLECTO, INC.; EOS CCA; and DOES 1-5 inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JAMES CLEVENHAGEN

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2012 SEP 26   PM 12: 25

SAN _____ CA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* San Diego Superior Court 330 West Broadway Room 225 San Diego, CA 92101 | CASE NUMBER: *(Número de Caso):* 37-2012-00104608-CL-MC-CTL |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del demandante, o del demandante que no tiene abogado, es):*
ROBERT AMADOR, ESQ., 9452 Telephone Rd. 156, Ventura, CA. 93004 (888)308-1119 ext.11

| DATE: *(Fecha)* SEP 2 7 2012 | Clerk, by *(Secretario)* A. Flatos | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other (specify):
4. ☐ by personal delivery on (date):

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Page 1 of 1 Code of Civil Procedure §§ 417.20, 465 www.courtinfo.ca.gov |

1  ROBERT AMADOR, ESQ. (State Bar #269168)
   Centennial Law Offices
2  9452 Telephone Rd. 156
   Ventura, California 93004
3  Telephone: (888) 308-1119 ext. 11
   Facsimile: (888) 535-8267
4

5  Attorney for Plaintiff
   JAMES CLEVENHAGEN
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                  FOR THE COUNTY OF SAN DIEGO

10 JAMES CLEVENHAGEN,                 )  Case No. 37-2012-00104608-CL-MC-CTL
                                      )
11            Plaintiff,              )
                                      )
12 vs.                                )  LIMITED CIVIL CASE FOR:
                                      )
13 COLLECTO, INC.;                    )  1.) ROSENTHAL FAIR DEBT
   EOS CCA; and                       )  COLLECTION PRACTICES ACT
14 DOES 1-5, inclusive,               )  VIOLATIONS (Cal. Civ. Code § 1788 et
                                      )  seq.).
15                                    )
              Defendants.             )  2.) FAIR DEBT COLLECTION
16                                    )  PRACTICES ACT (15 U.S.C. 1692 et seq.)
                                      )
17                                    )
                                      )
18

19

20

21 PLAINTIFF, JAMES CLEVENHAGEN, ALLEGES:

22      GENERAL ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

23      1. Plaintiff is ignorant of the true names and capacities of defendants sued herein as

24 DOES 1-5, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will

25 amend this Complaint to allege their true names and capacities when ascertained. Plaintiff

26 believes and thereon alleges that each of the fictitiously named defendants is responsible in some

27 manner for the occurrences herein alleged, and that each is responsible to Plaintiff for damages

28 and/or monies owed.


                         CIVIL COMPLAINT - 1

2.  This court has jurisdiction over this action pursuant to California Code of Civil Procedure §410.10.

3.  This is the court of proper venue pursuant to California Code of Civil Procedure §395 in that Plaintiff resides and suffered harm within the county.

4.  Plaintiff Mr. Clevenhagen is a resident of California.

5.  Defendant COLLECTO, INC. (hereinafter "Defendant") is, and at all material times herein alleged, believed to be a corporation headquartered in Massachusetts and engaged in debt collection within California among other states.  EOS CCA is believed to be a DBA of COLLECTO, INC.  COLLECTO, INC., EOS CCA, and DOES 1-5 are "debt collectors" as defined by 15 U.S.C. 1692a and Cal. Civ. Code § 1788.1(c).  COLLECTO, INC., EOS CCA, and DOES 1-5 shall jointly be referred to herein as "Defendants".

## FACTUAL BACKGROUND

6.  On or about October 12, 2010 Defendants became engaged in debt collection activity with regards to a consumer debt (hereinafter "DEBT") allegedly owed by Mr. Clevenhagen.

7.  Between January 1 and October 17, 2011, Defendants called Mr. Clevenhagen 121-times with the use of an automated dialer playing a pre-recorded message as follows:

"Hello, this is a message for J. Scott Clevenhagen. If you are not J. Scott Clevengagen, please hang up and call 877-347-3741 to remove this phone number from our records.  If you continued to listen to this message you are acknowledging that you are J. Scott Clevengagen.  This message contains personal and private information.  There will now be a 3-second pause...  This is EOS CCA, a collection agency and this is an attempt to collect a debt.  Any information obtained will be used for that purpose.  Please contact us about this important business matter at 877-347-3741.  When calling, please reference account number 10782111.  Again, the telephone number is 877-347-3741, and the account number that is needed when calling is 10782111.  Thank you."

8.  Due to the collection activity alleged herein, particularly the excessive calls and messages, Mr. Clevenhagen retained counsel.

CIVIL COMPLAINT - 2

9.  On March 26, 2012, Ms. Smith of Centennial Law Offices contacted Defendants, advising Defendants that Mr. Clevenhagen was represented by Attorney Robert Amador of Centennial Law Offices.  Mr. Amador's contact information was provided.

10.  Defendants continued to contact Mr. Clevenhagen directly by calling him again on March 26, 2012 and leaving the same message as provided above.  The calls and messages continued at a rate of 2-3 per week.

11.  On May 11, 2012, Ms. Reyes of Centennial Law Offices contacted Defendants, advising Defendants that Mr. Clevenhagen was represented by Attorney Robert Amador of Centennial Law Offices.  Mr. Amador's contact information was provided.

12.  On May 11, 2012, Ms. Reyes of Centennial Law Offices contacted Defendants for a second time.  Ms. Reyes spoke with Defendants and obtained details regarding the debt alleged owed by Mr. Clevenhagen.

13.  Defendants continued to contact Mr. Clevenhagen directly by calling him again on May 18, 2012 and leaving the same message as provided above.  The calls and messages continued at a rate of about 1 per week.

14.  Based on the foregoing, and as a direct result of Defendants' unlawful collection activities, Plaintiff has incurred attorney's fees of $2,155.00 to date.

## FIRST CAUSE OF ACTION

ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (Cal. Civ. Code Code § 1788 et seq.)

BY PLAINTIFF JAMES CLEVENHAGEN AGAINST DEFENDANTS COLLECTO, INC., EOS CCA, AND DOES 1-5

15.  Plaintiff re-alleges paragraphs 1 through 14, inclusive, and by reference hereto incorporates the same as though fully set forth herein.

CIVIL COMPLAINT - 3

16.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated Cal. Civ. Code § 1788.11(b) with regards to Plaintiff in that Defendants failed to provide the identity of the person calling Plaintiff, namely the person's name.

17.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated Cal. Civ. Code § 1788.11(d) and (e) with regards to Plaintiff in that Defendants caused Plaintiff's telephone to ring repeatedly with the intent to annoy him; and Defendants communicated by telephone with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances.

## SECOND CAUSE OF ACTION

FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. 1692 et seq.)

BY PLAINTIFF JAMES CLEVENHAGEN AGAINST DEFENDANTS

BOS CCA, AND DOES 1-5

18.  Plaintiff re-alleges paragraphs 1 through 14, inclusive, and by reference hereto incorporates the same as though fully set forth herein.

19.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d(6) and 15 U.S.C. 1692e(11) by failing to provide the identity of the person calling Plaintiff, namely the person's name.

20.  Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which was to harass Plaintiff.

21.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d(5) with regards to Plaintiff in that Defendants caused Plaintiff's telephone to ring repeatedly with the intent to annoy, abuse, or harass him.

22.  Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692c(a)(2) by communicating directly with Plaintiff regarding collection of the DEBT contrary to actual knowledge that Plaintiff was represented by counsel.

CIVIL COMPLAINT - 4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, actual damages being in the alternative, recovery for each cause of action as follows:

ON THE FIRST CAUSE OF ACTION (Cal. Civ. Code § 1788.11):

      1.)  For statutory damages in the amount of $1,000 pursuant to Cal. Civ. Code § 1788.30(b);

      2.)  For actual damages of $2,155.00 for legal costs in responding to unlawful collection activity pursuant to Cal. Civ. Code § 1788.30(a);

      3.)  For prejudgment interest in an amount to be proven at time of trial;

      4.)  For attorney's fees pursuant to Cal. Civ. Code § 1788.30(c);

      5.)  For the costs of this lawsuit pursuant to Cal. Civ. Code § 1788.30(c); and

      6.)  For any other and further relief that this Court deems just and proper.

ON THE SECOND CAUSE OF ACTION (15 U.S.C. 1692 et seq.):

      1.)  For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692(k)(2);

      2.)  For actual damages of $2,155.00 for legal costs in responding to unlawful collection activity;

      3.)  For prejudgment interest in an amount to be proven at time of trial;

      4.)  For attorney's fees pursuant to 15 U.S.C. 1692(k);

      5.)  For the costs of this lawsuit; and

      6.)  For any other and further relief that this Court deems just and proper.

DATED: September 10, 2012

ROBERT AMADOR
Attorney for Plaintiff

CIVIL COMPLAINT - 5