```
 1  James Clevenhagen
    c/o CENTENNIAL LAW OFFICES
 2  9452 Telephone Road, Suite 156
    Ventura, CA 93004
 3  (888) 308-1119, Ext. 11 Telephone
    (888) 535-8267 Facsimile
 4  Plaintiff

 5  Jeanne L. Zimmer (SBN 123321)
    Zimmerj@cmtlaw.com
 6  J. Grace Felipe (SBN 190893)
    Felipeg@cmtlaw.com
 7  CARLSON & MESSER LLP
    5959 W. Century Boulevard, Suite 1214
 8  Los Angeles, California 90045
    (310) 242-2200 Telephone
 9  (310) 242-2222 Facsimile
    Attorneys for Defendant,
10  COLLECTO d/b/a/ EOS CCA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAMES CLEVENHAGEN, | CASE NO: 3:12-cv-02670-DMS-BGS |
|---|---|
| Plaintiff, | District Judge: Dana M. Sabraw<br>Magistrate Judge: Bernard G. Skomal |
| vs. | **JOINT MOTION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| COLLECTO, INC.; EOS CCA; and DOES 1-5, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, JAMES CLEVENHAGEN ("Plaintiff") and Defendant, COLLECTO d/b/a/ EOS CCA ("EOS"), that the above-entitled action

///
///
///
///
///

1

07277.00/190606                                                JOINT MOTION RE DISMISSAL
                                                               CASE NO: 3:12-cv-02670-DMS-BGS

1. shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses.

DATED: January 31, 2013    By: /s/ James Clevenhagen
　　　　　　　　　　　　　　　　　James Clevenhagen
　　　　　　　　　　　　　　　　　Plaintiff

DATED: January 17, 2013    CARLSON & MESSER LLP

　　　　　　　　　　　　　　By: /s/ J. Grace Felipe
　　　　　　　　　　　　　　　　　Jeanne L. Zimmer
　　　　　　　　　　　　　　　　　J. Grace Felipe
　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　COLLECTO d/b/a/ EOS CCA



IT IS SO ORDERED.

DATED 2-7-13

UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045